*In re* RENUNCIA DEL LIC. RAMÓN GARCÍA SANTIAGO, MIEMBRO DE LA COMISIÓN DE DISCIPLINA JUDICIAL.

*Número:* EN-2006-02        *Resuelto:* 24 de febrero de 2006

## RESOLUCIÓN

El Tribunal acepta la renuncia presentada por el Lcdo. Ramón García Santiago a su cargo como miembro de la Comisión de Disciplina Judicial.

Los integrantes de este Tribunal agradecen y reconocen al licenciado García Santiago su valiosa aportación y dedicación a los trabajos de esta Comisión y a los de este Tribunal, así como su compromiso inquebrantable con la Rama Judicial y el Pueblo de Puerto Rico.

*Notifíquese esta resolución al licenciado García Santiago y a los Miembros de la Comisión de Disciplina Judicial. Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*